*(Rev. 4/19/24)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 2 3 2025

DANIEL J. McCOY, CLERK

BY:_____

Amauly Manrue
_____
Plaintiff

Civil No.

vs.

Amazon Fulfillment Center
_____
Defendant

Judge

Magistrate Judge   5:25-cv-2109

**COMPLAINT**
**UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

_____

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?  Yes ☑   No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?  Yes ☑   No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: _____

D. Have you received from the EEOC a copy of its determination with regard to your charges?
Yes ☑   No ☐

If "Yes," attach a copy of such determination.  Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____

Page **1** of **2**

*(Rev. 4/19/24)*

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: _____

_____
**(Signature)**

1900 Creswell Avenue
_____
**(Street Address or P.O. Box)**

Shreveport     LA     71101
_____
**(City)**     **(State)**    **(Zip Code)**

318 - 5536146
_____
**(Area Code)**     **(Telephone Number)**

_____
**(Witness)**

_____
**(Witness)**

Page **2** of **2**

*(Rev. 4/19/24)*

**INSTRUCTIONS FOR FILING A LAWSUIT
UNDER THE CIVIL RIGHTS ACT OF 1964 (EEOC 42:2000)**

This is in response to your inquiry about a lawsuit you may wish to bring under Title VII of the Civil Rights Act of 1964. Under this law the Court is, upon application by a complainant, permitted to appoint an attorney for the applicant and to allow commencement of the action without prepayment of fees, costs or security.

Any such application is, at the direction of this Court, to be in writing and to be filed with this office. Forms for these applications are available upon request or on our website at (www.lawd.uscourts.gov).

You are cautioned that any lawsuit under Title VII to be brought by your or on your behalf must be filed within 90 days after receipt by your of the EEOC's "right-to-sue" notice. A delay on your part in filing an application for appointment of an attorney or waiver of prepayment of fees may result in loss of rights under Title VII.

The clerk will automatically refer any motions you submit in connection with your complaint to the appropriate judge or magistrate judge, and will promptly send you copies of any orders signed in response to your motions. If your case is allowed to be filed, the order will reflect a Civil Action number which you should provide with all future inquiries and pleadings.

If you need additional copies of this application form or further information, please advise this office.

Very truly yours,

DANIEL J. McCOY
Clerk of Court
300 Fannin Street, Suite 1167
Shreveport, LA 71101-1167
318-676-4273

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/30/2025

**To:** Ms. Amaury Monroe
1900 Creswell Avenue
SHREVEPORT, LA 71101
Charge No: 461-2025-02365

EEOC Representative and email:    BRITNEY WILLIAMS
INVESTIGATOR
BRITNEY.WILLIAMS@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2025-02365.

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
09/30/2025
Michael Kirkland
Director

Cc:
Neil M Alexand
2301 McGee St STE 800
Kansas City, MO 64108

Amazon Warehouse
1625 CORPORATE DR
SHREVEPORT, LA 71107


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 461-2025-02365 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 461-2025-02365 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EEOC No. 461-2025-02365 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 461-2025-02365 |
| Louisiana Commission On Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Amaury Monroe

Phone No.:     318-347-8348
Year of Birth:     2000
Mailing Address: 1900 Creswell Avenue
SHREVEPORT, LA 71101

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Amazon Fulfillment Center SHV1
No. Employees, Members: 501+ Employees
Phone No.: (206) 266-1000
Mailing Address: 1625 CORPORATE DR
SHREVEPORT, LA 71107, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Pregnancy, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 11/12/2024
Latest: 01/05/2025
Continuing Action

THE PARTICULARS ARE:

I began my employment with Amazon Fulfillment Center Shv1 on September 30, 2024, as a Warehouse Associate earning $19.50 an hour. I was supervised by Manager Percey Earvin. At my discharge I was now working as a Lining Ambassador still earning $19.50 an hour. I was discharged by an email I received on January 5, 2025, from Amazon Human Resources but no reason for my discharge was provided in the email.  Prior to the termination of my employment multiple events occurred. On November 2, 2024, I went to my supervisor Percey Earvin and Human Resources Representative Candince and told them that Personal Assistant Jaye was picking on me by going to Percey and falsely accusing me of stealing time because I went to the restroom often. I explained that I was only going to the restroom often because I was pregnant. On November 26, 2024, I was assigned to do audits for Percey and Jaye reported to him that I was not doing what I was assigned to do, which I believed was in response to the reports I made to Human Resources about her. On December 19, 2024, Jaye hit me with a pallet jack that was filled up with totes. I was near two other employees, but I was he only employee hit which injured my shoulder and knee. Following this event, I was out on a workman's compensation claim and ultimately terminated from my employment.

No reason was given for the actions taken against me.

EEOC No. 461-2025-02365 | FEPA No.

I believe I have been discriminated against based on my sex, pregnancy, and retaliated against for the complaints I made to Human Resources about ongoing events that occurred with Personal Assistant Jaye.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Amaury Monroe
09/22/2025
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

EEOC Form 5 (06/24)                                                                                    Page 3 of 4

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.